IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL No. 13-30001 |
| | ) |
| JOSEPH M. ALLSPACH and | ) |
| ROBERT D. MCKISSIC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter having come before the court and for the reasons stated in the government's Motion for Turnover Order it is hereby ordered that Detective Tony Monaghan of the Dewitt County Sheriff's Office turn over the $12,050 in United States currency recovered from the armed bank robbery of the Kenney Bank and Trust to the Kenney Bank and Trust and bring to the Clerk of the Court of the United States District Court for the Central District of Illinois, Springfield Division, a receipt from the Kenney Bank and Trust indicating that he has complied with the order of the court. It is further ordered that Detective Tony

Monaghan of the Dewitt County Sheriff's Office turn over the $10 in United States currency seized from Joseph M. Allspach at the time of his arrest to the Clerk of the Court of the United States District Court for the Central District of Illinois, Springfield Division.

ENTER: September 16, 2013

FOR THE COURT:

                                                                                                                                              s/Sue E Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE